# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEROY JOHNSON

NO. 2023 KW 0254

**MAY 8, 2023**

---

In Re:    Leroy Johnson, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          99840.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT